Rosa Cousins and Stanley Cousins v. Capitol Coal Corporation and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless the appeal be prosecuted with utmost diligence from now on. Order entered November 27, 1931, vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Katherine E. Brown, for an Order Directing I. Nick Gordon, an Attorney, to Pay Over Certain Moneys.— Motion granted and appellant's time to file record on appeal and appellant's points extended to and including December 8, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Rose Liebowitz, Respondent, v. Arrow Roofing Co., Inc., and Others, Respondents, Impleaded with Dillon-Parker Corporation, Appellant, and Others, Defendants.— Judgment affirmed, with costs to the plaintiff, respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Vaughn Connolly, as Administratrix, etc., of Martin Connolly, Deceased, Respondent, v. Sheffield Farms Company, Inc., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the clear weight of the evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

John Keller & Son, Inc., Respondent, v. Thomas M. Bevans and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Edith Baruch, an Infant, by Abram Baruch, Her Guardian ad Litem, and Abram Baruch, Respondents, v. Freida Fox and Julius J. Fox, Appellants.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Martin, J., dissent.

Harry Barkin and Benjamin Barkin, Doing Business, etc., Respondents, v. Adler Shoe Company, Sued Herein as Adler Shoe Co., Inc., Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Edgar A. Levy, Respondent, v. Walgreen Co., Inc., Appellant.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, on the ground that there are issues of fact to be disposed of on a trial. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Vasco Products, Inc., Respondent, v. Vadsco Sales Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *International Fuel & Iron Corp. v. Donner Steel Company, Inc.* (242 N. Y. 224). Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Elias B. Gunzburg, Respondent, v. Art Steel Company, Inc., and Alexander Burger, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Goldie Askin, Respondent, v. Morris I. Lewin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [140 Misc. 615.]

George S. Van Schaick, Superintendent of Insurance of the State of New

---

* Affd., 259 N. Y. ——.